In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00582-CR

_____


WILLIAM PAUL SEMIEN, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-17919**

**MEMORANDUM OPINION**

A jury found William Paul Semien guilty of sexual assault as a habitual felony offender and assessed punishment at fifty-five years of imprisonment. Semien's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Semien's appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Semien to file a *pro se* brief, but we

1

received no response from Semien. We have determined that this appeal is wholly frivolous. We have independently examined the appellate record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
LEANNE JOHNSON
Justice

Submitted on November 12, 2014
Opinion Delivered November 19, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.

---

[1]Semien may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.